UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF KENTUCKY

LOUISVILLE DIVISION

CASE NO. 3:23-CV-00600-JHM

**FILED**

JAMES J. VILT, JR. - CLERK

AUG 13 2026

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Leslie Haun          Plaintiff

V.

Wellpath/CCS LLC et al.          Defendant(s)

\*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*   \*\*\*

## MOTION for JUDICIAL NOTICE of ADJUDICATIVE FACTS PURSUANT TO FED.R.EVID. 201

Comes now the Plaintiff, Leslie Haun, pro-se to move this Honorable Court to take Judicial Notice of Adjudicative Facts specifically related to **OPEN DORM** transfers documented to have **extreme** detrimental effects on this Plaintiff.

In 2015 recorded in **Haun V. Erwin,4:16CV-P43-JHM**, the Plaintiff submitted irrefutable and conclusive documents by licensed Mentalhealth professionals that the Plaintiff is **NOT** suitable for **OPEN DORM housing**. These findings were further supported by an **EMERGENCY re**transfer **ORDER** after ten (10) days from reception at NTC. SEE Claim Pg. ID# 33 & 34. The record also reveals the **FACT** that the Plaintiff was informed on Friday October 2, 2015 of the **specified OPEN DORM** transfer three (3) days later on October 5, 2015 as it was done with **rectaliatory** motives, by dated emails and Affidavits. However, it did not deter KDOC Officials from once again returning the Plaintiff to NTC in 2021 out of **retaliation** where the Plaintiff spent over three (3) months in isolated segregation due to a psychotic episode resulting from **OPEN DORM housing** forewarned. **SEE claim line #19 and page ID# 39.**

This malicious and vindictive practice was inexcusably and wantonly inflicted upon the Plaintiff for the unfathomable third time in this instant action. As the KDOC Officials in 2015 **intentionally** sent the Plaintiff to NTC, the next NTC transfer in 2021 and a final 2023 **OPEN DORM** transfer can reasonably be construed as yet another **intentional** act.

Despite the **established FACT** that the 2015 trasner was an intentional

( 1 of 2 )

act, and regardless of actual **"intent"** of the second NIC transfer that resulted in a psychotic episode requiring isolation, there should **NOT** have been a third **OPEN DORM** transfer which also resulted in segregation within minutes after arrival.

In this instant action, the ADJUDICATIVE FACTS and supporting documents entered into the record were readily available to the very officials who sought...NO, DEMANDED my transfer. SEE **Documrnt 88-1 Page ID# 1844-47 and Document 88-2 Page ID# 1865-70.Email June 27,2023 @ 9:56:27 AM FROM: Mary Oerther  TO: Jordan Wright : "Transfer Haun!!!!!!!"**.

Wherefore, the Plaintiff humbly requests that this Honorable Court take **JUDICIAL NOTICE** of the "obvious". It is the tacit contention that the "timing", "DEMAND" for these OPEN DORM transfers were solely the **intentional** design to RETALIATE by transfer. It is a well known practice by the KDOC to deter inmates from filing grievances and/or court claims over their conditions of confinement.

Respecfully Submitted,

Leslie Haun, #205731
E.K.C.C.
200 Road To Justice
West Liberty, KY. 41472

( 2 of 2 )

## CERTIFICATE OF SERVICE

I, Leslie Haun, #205731 do hereby swear under the penalty of perjury that a copy of the foregoing was sent on July 16, 2026 by pre-paid First Class U.S. Postal Service:

UNITED STATES DISTRICT COURT
423 Frederica Street
Room 126 Federal Building
Owens boro, KY.   42301-3013

Justice & Public Safety Cabinet
Legal Services
P.O.Box 2400
Frankfort, KY. 40601-2400

Leslie Haun, #205731
E.K.C.C.
200 Road To Justice
West Liberty, KY.   41472

Case 3:23-cv-00600-JHM    Document 130    Filed 08/13/26    Page 4 of 4 PageID #: 2517

Leslie Haun, #205731
E.K.C.C.
200 Road to Justice
West Liberty, KY. 41472



EKCC
JUL 16 2026
LEGAL MAIL

EKCC
State Prison
Inmate Mail

UNITED STATES DISTRICT COURT

Room 126 Federal Building

423 Frederica Street

Owensboro, Kentucky    42301-3013