**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**LESLIE HAUN** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:23-CV-00600-JHM**

**WELLPATH/CCS LLC, *et al.*** **DEFENDANTS**

# ORDER

This is a *pro se* 42 U.S.C. § 1983 prisoner civil-rights action brought by Plaintiff Leslie Haun.

Defendants Courtney Forgy, Health Service Administrator Vaughn, Dawn Patterson, and Elaine Smith ("Medical Defendants") [DN 126] filed a motion for summary judgment. After two extensions of time, the Court ordered Plaintiff to respond to the motion no later than November 2, 2026. [DN 136]. Plaintiff is once again seeking an extension of time to respond to their motion for summary judgment. [DN 142]. Upon consideration, **IT IS ORDERED** that Plaintiff's motion for an extension of time to file a response to the Medical Defendants' motion for summary judgment [DN 142] is **DENIED**.

This case is over three years old, and no further extensions of time are necessary or warranted. Discovery in this matter has been closed for months. If Plaintiff receives the Diamond Pharmacy Services records, he may file a motion for leave to supplement his response with the records.

Date: October 15, 2026

Joseph H. McKinley Jr., Senior Judge
United States District Court

cc: Plaintiff, *pro se*
Counsel of Record
4414.014